MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN E. ROSS, ESQ., SBN 227776
MROSS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff NATE WILBUR

DENISE M. VISCONTI, Bar No. 214168
Email: dvisconti@littler.com
LAUREN K. WOON, Bar No. 273208
Email: lwoon@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441

Attorneys for Defendant
COLOR SPOT NURSERIES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATE WILBUR, AN INDIVIDUAL;<br><br>Plaintiff,<br><br>vs.<br><br>COLOR SPOT NURSERIES, INC., A CALIFORNIA CORPORATION; ,<br><br>Defendant. | Case No.: 3:12-cv-01826-BEN-WMC<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 24, 2012<br>Trial Date:    None |

Plaintiff, NATE WILBUR ("Plaintiff"), individually, and Defendant

COLOR SPOT NURSERIES, INC. ("Defendant"), by and through their counsel of

-1-
JOINT MOTION OF DISMISSAL WITH PREJUDICE

record, hereby jointly move this Court, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and CivLR 7.2, for an order dismissing this action in its entirety with prejudice, each party to bear its own costs and fees.

Dated: November 25, 2013

       /s/ Megan E. Ross
MICHAEL L. TRACY
MEGAN E. ROSS
LAW OFFICES OF MICHAEL TRACY
Attorneys for Plaintiff
NATE WILBUR

Dated: November 25, 2013

/s/ Denise Visconti
DENISE M. VISCONTI
LAUREN K. WOON
LITTLER MENDELSON, P.C.
Attorneys for Defendant
COLOR SPOT NURSERIES, INC.